UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MADRIGAL TORRES,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT,[1] et al.,<br>Respondent. | No. 1:26-cv-05079-DAD-AC (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. Nos. 2, 7) |

Petitioner is a federal immigration detainee proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 5, 2026, the magistrate judge issued findings and recommendations recommending that petitioner's habeas petition (Doc. No. 2) be granted. (Doc. No. 7.) Specifically, the magistrate judge concluded that petitioner's detention violates the Immigration and Nationality Act and the appropriate remedy under the circumstances is to order his release from custody. (*Id.* at 4–6.) The findings and recommendations were served on the parties and

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, David Venturella, as acting director of Immigration and Customs Enforcement, automatically substitutes in place of Todd M. Lyons, and Sirce E. Owen, as acting director of the Executive Office for Immigration Review, automatically substitutes in place of Daren K. Margolin. Fed. R. Civ. P. 25(d) ("The officer's successor is automatically substituted as a party.").

contained notice that any objections thereto were to be filed within three (3) days of service. (*Id.* at 7.) On August 14, 2026, respondents filed untimely objections to the findings and recommendations which are comprised of a single sentence stating that respondents object for the reasons stated in their prior briefing. (Doc. No. 8.) Setting aside the fact that respondents objections were untimely filed, these objections were already fully and properly addressed by the magistrate judge in the pending findings and recommendations. Accordingly, respondents' objections do not provide a basis upon which to reject those findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on August 5, 2026, (Doc. No. 7), are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 2), is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Jose Antonio Madrigal Torres, A-File No. 220-151-549, from respondents' custody on the same conditions, if any, he was subject to prior to his re-detention on or about December 22, 2025;
    b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge where respondents will have the burden of establishing that petitioner is a danger or flight risk by clear and convincing evidence;
    c. Petitioner's request for attorneys' fees pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act, are DENIED without prejudice to renewal on a properly noticed and supported motion;

/////

3. The Clerk of the Court is directed to substitute David Venturella in place of respondent Todd M. Lyons and substitute Sirce E. Owen in place of respondent Daren K. Margolin;

4. The Clerk of Court is also directed to serve California City Immigration Processing Center with a copy of this order; and

5. Finally, the Clerk of Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE